HARRY FOX, Respondent, v. REMINGTON RECORDS, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the inspection to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

NATIONAL EXHIBITION COMPANY, Respondent, v. MARTIN FASS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

PAUL E. THURLOW, Respondent, v. THOMAS B. FARRELL, JR., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

GENERAL ELECTRIC COMPANY, Respondent, v. MINUTE MEN RADIO & APPLIANCE CORP., Appellant. LEWIS J. SLAVIN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

IDONAH S. PERKINS, Respondent, v. CLYDE A. DE WITT, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GERARD MUSSENDEN.— Motion for reargument denied. Present — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ. [See ante, p. 479.]

UNION SANATORIUM ASSOCIATION, INC., v. UNITED STATES CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See ante, p. 870.]

In the Matter of HIGH SCHOOL TEACHERS' ASSOCIATION OF NEW YORK CITY INCORPORATED, Appellant, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ. [See ante, p. 843.]

LEO R. MILLER v. NORMA L. MILLER.— Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ. [See ante, p. 889.]